**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:23-CR-20070-FAM**

**UNITED STATES OF AMERICA**

**vs.**

**JENNIFER TAPIERO, ET AL.,**
**Defendants.**
_________________________________/

**UNITED STATES MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD**

The United States of America, through the undersigned Assistant United States Attorney, hereby respectfully requests that this Honorable Court enter an order granting the undersigned's withdrawal as counsel of record in the instant case.

1. Undersigned counsel did not file the indictment against the defendants charged in the instant case.

2. Counsel was not involved in the plea negotiations. The instant case still has three defendants who are fugitives.

3. Undersigned counsel no longer desires to be associated with the case or receive future notifications from the court.

WHEREFORE, for the foregoing reasons, the United States, hereby respectfully requests that this Honorable Court enter an order granting undersigned counsel's immediate withdrawal from the instant case.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: /s/ Joseph A. Mahoney
Joseph A. Mahoney
Assistant United States Attorney
Court ID No. A5503291
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9086
Fax: (305) 536-7213
Email: Joseph.Mahoney2@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of October 2026, I filed the foregoing document with the Clerk of Court using CM/ECF.

/s/ Joseph A. Mahoney
Joseph A. Mahoney
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:23-CR-20070-FAM**

**UNITED STATES OF AMERICA**

**vs.**

**JENNIFER TAPIERO, ET AL.,**
**Defendants.**
___________________________________/

**ORDER GRANTING UNITED STATES' MOTION TO WITHDRAW AS COUNSEL OF RECORD**

THIS CAUSE came to court on the United States' Motion to Withdraw as Counsel of Record and the Court being fully advised on the premises, it is hereby,

**ORDERED AND ADJUDGED** that the motion is hereby GRANTED. The clerk of Court is hereby ordered to terminate Assistant United States Attorney Joseph A. Mahoney from this case.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida this ___ day of **October 2026**.

___________________________________
HONORABLE FEDERICO A. MORENO
SENIOR UNITED STATES DISTRICT COURT JUDGE

cc: Joseph A. Mahoney, AUSA